UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KENNETH RINALDI,

                Plaintiff,

       -against-                                                               13 Civ. 4881 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Defendants' motion to dismiss the complaint [DI 7] is granted, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Henry B. Pitman to which no objection has been filed. As recommended by Judge Pitman, plaintiff, on or before September 25, 2014, may file an amended complaint repleading only his equal protection and Fourth Amendment claims consistent with the analysis in the report and recommendation.

        SO ORDERED.

Dated:      September 11, 2014

                                                                     Lewis A. Kaplan
                                                         United States District Judge