UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
KENNETH RINALDI,

                Plaintiff,

     -against-                                    13 Civ. 4881 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/14

## CORRECTED ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion to dismiss the complaint [DI 7] is granted, substantially for the reasons set forth in the report and recommendation of Magistrate James L. Cott to which no objection has been filed. As recommended by Magistrate Judge Cott, plaintiff, on or before September 25, 2014, may file an amended complaint repleading only his equal protection and Fourth Amendment claims consistent with the analysis in the report and recommendation.

        SO ORDERED.

Dated:      September 15, 2014

                                                       Lewis A. Kaplan
                                               United States District Judge